## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**STEVE HARRIS**                                                          **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO. 3:07-cv-366-WHB-LRA**

**MISSISSIPPI TRANSPORTATION COMMISSION**                                 **DEFENDANT**

### FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure, with the Stipulation entered by the parties on June 17, 2008, and with the Opinion and Order that granted the Motion of Defendant Mississippi Transportation Commission for Summary Judgment, this case is hereby dismissed with prejudice.

SO ORDERED this the 30th day of December, 2008.

                                            s/William H. Barbour, Jr.
                                            UNITED STATES DISTRICT JUDGE